In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00103-CV

_____

IN THE INTEREST OF E.J.

On Appeal from the 88th District Court
Hardin County, Texas
Trial Cause No. 61,653

**MEMORANDUM OPINION**

V.M. appeals from an order terminating her parental rights to her minor child, E.J. The trial court found, by clear and convincing evidence, that statutory grounds exist for termination of V.M.'s parental rights and that termination of her parental rights would be in E.J.'s best interest. *See* Tex. Fam. Code Ann. § 161.001(b)(1) (D), (E), (O), (2).

V.M.'s appointed appellate counsel submitted a brief in which counsel contends that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief provides counsel's professional

evaluation of the record. Counsel served V.M. with a copy of the *Anders* brief filed on her behalf. This Court notified V.M. of her right to file a *pro se* response, as well as the deadline for doing so. This Court did not receive a *pro se* response. We have independently reviewed the appellate record and counsel's brief, and we agree that any appeal would be frivolous. We find no arguable error requiring us to order appointment of new counsel to re-brief this appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). Accordingly, we affirm the trial court's order terminating V.M.'s parental rights.

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on June 27, 2022
Opinion Delivered July 14, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

2